No. 02–5235.  McDONALD v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 02–5236.  SLOAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–5237.  PARSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5238.  POTTS v. DEWEESE ET AL.  Ct. App. Ohio, Richland County.  Certiorari denied.

No. 02–5239.  ARREOLA-GARCIA, AKA GARCIA ARREOLA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5241.  SANTOS-URREA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5242.  BURLEY v. NICHELINI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5243.  MILLER v. LEE, SHERIFF, BENTON COUNTY, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–5244.  McCOY v. CLARK ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–5245.  GAITHER v. GOMEZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5246.  HUNTER v. HAVILAND, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–5247.  FRANKLIN v. BILBRAY ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 02–5249.  CRAWFORD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–5250.  CHEATHAM v. ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–5251.  DELGADO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.